# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **MOKY CHEUNG #65071-177** | **CIVIL DOCKET NO. 1:25-CV-00412** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **G GOLDEY** | **MAG. JUDGE PEREZ-MONTES** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 4] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Temporary Restraining Order [Doc. No. 2] filed by Plaintiff Moky Cheung is **DENIED**, and the Petition for Writ of Habeas Corpus [Doc. No.1] is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this the 30th day of April 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE