UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MOKY CHEUNG #60571-177** | **CASE NO. 1:25-CV-00412 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **G GOLDEY** | **MAG. JUDGE PEREZ-MONTES** |

**JUDGMENT**

Before the Court is an Objection (R. Doc. 6) to the Magistrate Judge's Report and Recommendation (R. Doc. 4) that we previously adopted in this case (R. Doc. 5), filed by the plaintiff, Moky Cheung ("Cheung"). Accordingly,

**IT IS ORDERED** that the Judgment (R. Doc. 5) previously adopted by this Court is hereby **VACATED**.

Having reconsidered the Report and Recommendations of the Magistrate Judge (R. Doc. 4), together with Cheung's objections (R. Doc. 6) and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Temporary Restraining Order [Doc. No. 2] filed by Plaintiff Moky Cheung is **DENIED**, and the Petition for Writ of Habeas Corpus [Doc. No.1] is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 25th day of June, 2025.

_____
Terry A. Doughty
United States District Judge